**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 09, 2023

Mr. Sean Houston
3079 S. Baldwin Road #1006
Suite 559
Lake Orion, MI 48359

Re: Case No. 23-1530, *Sean Houston, et al v. U.S. Department of Justice, et al*
Originating Case No.: 2:22-cv-13036

Dear Mr. Houston,

This appeal has been docketed as case number **23-1530** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **June 23, 2023**.

Appellee:
    Appearance of Counsel
    Disclosure of Corporate Affiliation
    Application for Admission to 6th Circuit Bar (if applicable)

You have until **June 23, 2023** to either pay the $505.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

            Sincerely,

            s/Antoinette Macon
            Case Manager
            Direct Dial No. 513-564-7015

cc: Mr. Brandon K. Buck
   Mr. Thomas Jon Cedoz
   Ms. Krystina Rose Doss
   Mr. Reginald Glenn Dozier
   Mr. Erik A. Grill
   Mr. Brian H. Herschfus
   Ms. Kathleen Helen Klaus
   Ms. Shelley Moore McCormick
   Mr. Daniel Richard Olson
   Mr. John A. Schapka
   Ms. Rachel Catherine Selina
   Mr. Patrick Watts

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-1530

SEAN HOUSTON

    Plaintiff - Appellant

and

ROMAINE KRISTINI DAVENPORT TRUST

    Plaintiff

v.

MERRICK B. GARLAND, U.S. Attorney General, US Department of Justice; JANET YELLEN, US Department of Treasury; DEBORAH HAALAND, US Department of Interior; ANTONY BLINKEN, US Department of State; KILOLO KIJAKAZI, Social Security Administration; CHARLES PAUL RETTIG, Internal Revenue; DUANE R. MILLER, Major General; MIGUEL CARDONA, US Department Of Education; ALEJANDRO MAYORKAS, US Department of Homeland Security; DANA NESSEL, Michigan Attorney General; LISA BROWN, Oakland County Clerk/Register of Deeds; JOCELYN BENSON, Secretary of State; KAREN A. YARBROUGH, Cook County Clerk/Recorder of Deeds; KWAME RAOUL, Illinois Attorney General; JAY ROBERT PRITZKER, Illinois Governor; MARC SMITH, Illinois Department of Children and Family Services; LARRISA REDFIELD, Illinois Lutheran Social Services; DOUGLAS BRENNER, Brenner Oil Company; PHYLLIS C. MCMILLEN, Oakland County Judicial Circuit Court; KRYSTINA ROSE DOSS, Attorney; CHRISTOPHER J. TRAINOR, Attorney; ANTHONY WICKERSHAM, Macomb County Sheriff; MICHAEL J. BOUCHARD, Oakland County Sheriff; MELVIN C. HIGH, Price George's County Sheriff; ROBERT J. CONTEE, III, Metropolitan Police Department; JOHN M. CHMURA, 37th District Court Warren; ANNETTE GATTARI-ROSS, 37th District Court Warren; ROBERT S. WITTENBERG, Oakland County Treasurer; ROOSEN RACHETTI OLIVIER, PLLC; JULIE A. NICHOLSON, Chief Judge 52nd Judicial District Court - Division 3; AUTOVEST, LLC; FIRST INVESTORS FINANCIAL SERVICES; COLLINS ASSET GROUP LLC; SHEPHERD PROPERTIES, LLC; PERNELL JAMES WILLIAMS; RICHARD G. ROOSEN; PAUL E. VARCHETTI; LYNN M. OLIVIER

    Defendants - Appellees